IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DEBRANETTA R. FONVILLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:24cv68-MHT |
| ) | (WO) |
| KOCH FOODS, ) | |
| ) | |
| Defendant. ) | |

## OPINION

Plaintiff filed this lawsuit asserting a claim of employment discrimination based on sex. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed for failure to prosecute and abide by court orders. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 6th day of May, 2024.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**