```
    IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

       MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


DEBRANETTA R. FONVILLE,    )
                           )
     Plaintiff,            )
                           )      CIVIL ACTION NO.
     v.                    )        2:24cv68-MHT
                           )            (WO)
KOCH FOODS,                )
                           )
     Defendant.            )
```

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 7) is adopted.

(2) This lawsuit is dismissed without prejudice for failure to prosecute and abide by orders of the court.

All pending motions are denied as moot.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 6th day of May, 2024.

                                  /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE