IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DEBRANETTA R. FONVILLE,   )<br>                           )<br>     Plaintiff,          )<br>                           )<br>     v.                    )<br>                           )<br>KOCH FOODS,               )<br>                           )<br>     Defendant.           ) | CIVIL ACTION NO.<br>  2:24cv68-MHT<br>      (WO) |

OPINION AND ORDER

Plaintiff filed this lawsuit asserting a claim of sex discrimination in employment. The lawsuit was dismissed without prejudice for failure to prosecute and abide by an order of the court to submit necessary documentation for her application to appear in forma pauperis. After dismissal, plaintiff moved to reopen the case.

This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's motion to reopen be denied because she has not met the requirements of Federal Rule of Civil Procedure 60(b). There are no objections to the

recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

\*\*\*

Accordingly, it is ORDERED that:

(1) The recommendation of the United States Magistrate Judge (Doc. 11) is adopted.

(2) The motion to reopen (Doc. 10) is denied.

This case remains closed.

DONE, this the 11th day of July, 2024.

                     /s/ Myron H. Thompson
                   **UNITED STATES DISTRICT JUDGE**